An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDRES ALTAMIRANO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63300

**FILED**

JUN 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a judgment of conviction. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

The notice of appeal was untimely filed. NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-18494

cc: Hon. David A. Hardy, District Judge
Andres Altamirano
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk